United States Bankruptcy Court
Middle District of Georgia
Columbus Division

| IN RE: | Chapter 13 |
|---|---|
| Cornelius Fitzgerald Davis | |
| Sonja Harris Davis | |
| 8221 Midland Trail | Judge: JOHN T. LANEY III |
| Columbus, Ga  31909 | Case Number: 05-41431-JTL |
| SS#1:  XXX - XX - 9316 | |
| SS#2:  XXX - XX - 3017 | |

**Final Report and Account**

| The case was commenced on: | The plan was confirmed on: | The case was concluded on: |
|---|---|---|
| July 08, 2005 | September 29, 2005 | February 28, 2007 |

THE SUBJECT CASE WAS: Dismissed after conf

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the Trustee by or for the Debtor and the benefit of creditors.                                $37,818.00

Disbursements to Creditors

| Creditor Name | Amount Allowed | Amount Principal | Interest Paid | Balance Owed |
|---|---|---|---|---|
| **Debtor Refund** | | | | |
| Cornelius Fitzgerald Davis | $0.00 | $2,460.00 | $0.00 | $0.00 |
| Total Allowed: | | | | $0.00 |
| Total Principal Paid: | | | | $2,460.00 |
| Total Interest Paid: | | | | $0.00 |
| **DSO - Arrears** | | | | |
| Alabama Child Support Enforce. | $2,900.43 | $431.06 | $67.89 | $2,623.72 |
| Total Allowed: | | | | $2,900.43 |
| Total Principal Paid: | | | | $431.06 |
| Total Interest Paid: | | | | $67.89 |
| **Mortgage Arrearage** | | | | |
| Homecomings Financial Network | $9,733.07 | $731.96 | $0.00 | $9,001.11 |
| Total Allowed: | | | | $9,733.07 |
| Total Principal Paid: | | | | $731.96 |
| Total Interest Paid: | | | | $0.00 |
| **Mortgage Ongoing** | | | | |
| Homecomings Financial Network-Current | $0.00 | $29,042.03 | $0.00 | $0.00 |
| Total Allowed: | | | | $0.00 |
| Total Principal Paid: | | | | $29,042.03 |
| Total Interest Paid: | | | | $0.00 |
| **Secured - Vehicle** | | | | |
| Americredit Financial | $1,139.69 | $73.97 | $51.30 | $1,185.57 |
| Hsbc Auto Finance | $23,987.50 | $1,448.05 | $1,054.38 | $25,075.20 |
| Total Allowed: | | | | $25,127.19 |
| Total Principal Paid: | | | | $1,522.02 |
| Total Interest Paid: | | | | $1,105.68 |
| **Unsecured** | | | | |
| Hsbc Auto Finance | $9,501.66 | $0.00 | $0.00 | $0.00 |
| Baptist Medical Center South | $36.20 | $0.00 | $0.00 | $0.00 |

Disbursements to Creditors

| Creditor Name | Amount Allowed | Amount Principal | Interest Paid | Balance Owed |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| Hurley State Bank | $2,289.42 | $0.00 | $0.00 | $0.00 |
| Angus Phelts | $0.00 | $0.00 | $0.00 | $0.00 |
| Auburn Cardiovascular | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Of America | $0.00 | $0.00 | $0.00 | $0.00 |
| Brandon Radiology Billing Ctr | $0.00 | $0.00 | $0.00 | $0.00 |
| Columbus Speech & Hearing Ctr | $0.00 | $0.00 | $0.00 | $0.00 |
| Dfas-Indianapolis Center | $0.00 | $0.00 | $0.00 | $0.00 |
| East Alabama Medical Center | $216.00 | $0.00 | $0.00 | $0.00 |
| East Alabama Medical | $0.00 | $0.00 | $0.00 | $0.00 |
| Emcc | $0.00 | $0.00 | $0.00 | $0.00 |
| Family Dentristy | $0.00 | $0.00 | $0.00 | $0.00 |
| Highlights For Children | $0.00 | $0.00 | $0.00 | $0.00 |
| Holloway Credit Solutions, Llc | $15.50 | $0.00 | $0.00 | $0.00 |
| Lab Corp | $0.00 | $0.00 | $0.00 | $0.00 |
| Mathmania | $0.00 | $0.00 | $0.00 | $0.00 |
| Max Federal Credit Union | $888.70 | $0.00 | $0.00 | $0.00 |
| Mbna | $0.00 | $0.00 | $0.00 | $0.00 |
| Aafes/Military Star Exchange | $4,010.49 | $0.00 | $0.00 | $0.00 |
| Pediatric After Hours | $0.00 | $0.00 | $0.00 | $0.00 |
| Asset Acceptance | $149.79 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total Allowed: | $17,107.76 |
| Total Principal Paid: | $0.00 |
| Total Interest Paid: | $0.00 |

## SUMMARY OF CLAIMS ALLOWED AND PAID

| | |
|---|---:|
| Total Allowed: | $54,868.45 |
| Total Principal: | $34,187.07 |
| Total Interest: | $1,173.57 |
| Total Paid, Interest and Principal: | $35,360.64 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT, COSTS AND EXPENSES OF ADMINISTRATION:

| | Allowed | Paid |
|---|---:|---:|
| **Attorney Fee** | | |
| Elizabeth W. Mcbride | $0.00 | $0.00 |
| **Prior Attorney** | | |
| Howard & Howard | $1,549.24 | $900.00 |

**Trustee**
  Expenses & Compensation Fund:    $778.68 / $778.68

The plan specified $1,987.00 to unsecured creditors.
The percentage paid to unsecured creditors was 0.00 %

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trusee's surety from any and all liability of the within precedings and closing the estate, and for such other and further relief as is just.

I hereby certify that a copy of this final report has been served on the debtor and the debtor's attorney.

Dated:   July 23, 2007

/s/ A. Kristin Hurst
A. Kristin Hurst, Trustee